# Court of Appeals
# of the State of Georgia

ATLANTA,__May 28, 2024_____

*The Court of Appeals hereby passes the following order:*

**A24A0850. CAMARON KIGHT v. THE STATE.**

On September 12, 2023, Camaron Kight, who is proceeding pro se, filed a notice of appeal from the trial court's order, entered May 17, 2023, denying his motion for early termination of his probation. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Kight's notice of appeal was filed 118 days after entry of the order he seeks to appeal, it is untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/28/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*